**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:

CATO TECHNOLOGIES, LLC

Debtor(s)

CHAPTER 7 CASE

CASE NO. 06B-11874 JS

JUDGE JOHN SQUIRES

<u>**TRUSTEE'S FINAL REPORT**</u>

To:    THE HONORABLE JOHN SQUIRES
BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 09/20/06. The Trustee was appointed on 09/20/06. An order for relief under Chapter 7 was entered on 09/20/06.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of 1/15/09 is as follows:

| | | |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 1,704.12 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 250.96 |
| c. NET CASH available for distribution | $ | 1,453.16 |
| d. TRUSTEE/PROFESSIONAL COSTS<br>1. Trustee compensation requested (See Exhibit E) | $ | 426.03 |

| | | |
|---|---|---|
| 2. Trustee Expenses (See Exhibit E) | $ | 0.00 |
| 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 2,031.07 |
| | $ | |

5.    The Bar Date for filing unsecured claims expired on 04/26/07.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.

The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a.  Allowed unpaid secured claims | $ | 0.00 |
| b.  Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 2,457.10 |
| c.  Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d.  Allowed priority claims | $ | 10,000.00 |
| e.  Allowed unsecured claims | $ | 3,070,937.64 |

7.    Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00.  Professional's compensation and expense requested but not yet allowed is $2,031.07.  The total of Chapter 7 professional fees and expenses requested for final allowance is $2,457.10. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.    A fee of $2,201.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).  The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.


Dated:   1/15/09                                    RESPECTFULLY SUBMITTED,


By: /s/David Grochocinski
     DAVID GROCHOCINSKI, TRUSTEE
     1900 RAVINIA PLACE
     ORLAND PARK, IL  60462
     Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462


Invoice submitted to:
Cato Technologies, Inc.


January 15, 2009


Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/28/2006 - | DEG | Telephone conference with Ryan regarding deadline for patent filing foreign countries on 12/6; Barwis to advance | 0.30 350.00/hr | 105.00 |
| 11/29/2006 - | DEG | Telephone conference with Ryan regarding money to adversary on foreign patent filing | 0.40 350.00/hr | 140.00 |
| 12/1/2006 - | DEG | Telephone conference with Steve Wolfe regarding U.S. Trustee concerns regarding Barwis employment; insider/creditor | 0.50 350.00/hr | 175.00 |
| - | DEG | Telephone conference with Tom Ryan regarding discussion with U.S. Trustee on Barwis employment matter | 0.50 350.00/hr | 175.00 |
| - | DEG | Telephone conference with Steve Wolfe regarding motion scheduled for 12/8; US Trustee has objection to employment of Charels; insider; tc with counsel for Charles | 1.00 350.00/hr | 350.00 |
| 12/4/2006 - | DEG | Review letter from Barb regarding Barwis employment | 0.30 350.00/hr | 105.00 |
| 12/6/2006 - | DEG | Review documents and meeting with Tom Ryan and Charles Barwis in advance of 341 meeting | 1.00 350.00/hr | 350.00 |
| 12/7/2006 - | DEG | Telephone conference with Steve Wolfe no go on Barwis being employed; not disinterested | 0.50 350.00/hr | 175.00 |
| 12/8/2006 - | DEG | Conduct 341 meeting | 2.50 350.00/hr | 875.00 |



Cato Technologies, Inc.                                                            Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/14/2006 - | DEG | Review of proposed definition of intellectual property, email to T. Ryan regarding same and changes | 0.80 350.00/hr | 280.00 |
| 1/19/2007 - | DEG | Telephone conference with Ryan regarding status | 0.50 350.00/hr | 175.00 |
| | SUBTOTAL: | | [    8.30 | 2,905.00] |
| | **Business equipment** | | | |
| 1/4/2007 - | DEG | Telephone conference with Ryan - he to move equipment out on Saturday, 1/6/07 and put into storage | 0.60 350.00/hr | 210.00 |
| | | Business equipment | | |
| 2/14/2008 - | DEG | Review email from Ryan to prior counsel regarding review of documents | 0.20 375.00/hr | 75.00 |
| | | Business equipment | | |
| 8/25/2008 - | DEG | Email from C. Barwis; list of non-essential Catus office equipment inventory and preparation of a motion to dispose of same | 0.30 375.00/hr | 112.50 |
| | | Business equipment | | |
| | SUBTOTAL: | | [    1.10 | 397.50] |
| | **General administration** | | | |
| 1/4/2007 - | DEG | Review email request from Ryan and response | 0.30 350.00/hr | 105.00 |
| | | General administration | | |
| 1/10/2007 - | DEG | Telephone conference with Tim Casey regarding State Court litigation | 0.50 350.00/hr | 175.00 |
| | | General administration | | |
| 1/12/2007 - | DEG | Meeting with Tom Ryan and Tom Oddo, discussion regarding resolution of case and pending matters | 0.80 350.00/hr | 280.00 |
| | | General administration | | |
| - | DEG | Review email with Mazza between Ryan & Mazza; email back to him | 0.60 350.00/hr | 210.00 |
| | | General administration | | |
| 2/22/2007 - | DEG | Telephone conference with Ryan regarding meeting with Saldana attorney, missing funds in 2006; results of analysis of books and records | 0.90 350.00/hr | 315.00 |

Cato Technologies, Inc.                                                                    Page    3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

General administration

| 2/22/2007 - DEG | Review letter by special counsel to H&R Block regarding documents to subpoenas | 0.30<br>350.00/hr | 105.00 |

General administration

| 2/23/2007 - DEG | Review of final analysis of acctions of Cato | 0.50<br>350.00/hr | 175.00 |

General administration

| 2/26/2007 - DEG | TC with Ryan regarding documents sent regarding bank records and escrow amount at Iron Mountain | 1.00<br>350.00/hr | 350.00 |

General administration

| 3/6/2007 - DEG | Review of correspondence regarding turnover of documents subject to subpoena regarding Saldana and SKTTY; review of correspondence with Oddo | 2.30<br>350.00/hr | 805.00 |

General administration

| 3/7/2007 - DEG | Telephone conference with Charles Barwis regarding issues in Cato regaridng payment of Jim Lacky, use of email evidence etc. | 0.80<br>350.00/hr | 280.00 |

General administration

| 3/8/2007 - DEG | Email from Ryan regarding documents in consideration of Saldana Int in Cato - fraudulent transfer? | 0.30<br>350.00/hr | 105.00 |

General administration

| SUBTOTAL: | | [    8.30 | 2,905.00] |

Leasehold

| 1/3/2007 - DEG | Receipt of email from landlord; need to get equipment out; forward to Ryan; he to get equipment out by Saturday | 0.80<br>350.00/hr | 280.00 |

Leasehold

| SUBTOTAL: | | [    0.80 | 280.00] |

| For professional services rendered | | 18.50 | $6,487.50 |

## EXHIBIT B

### DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS            $ 1,704.12

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED       $ 81,065.56

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY       $ 0.00

# EXHIBIT C

## CASH RECEIPTS AND DISBURSEMENTS

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 06B-11874 JS | **Trustee:** (520067)  DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** CATO TECHNOLOGIES, LLC | **Filed (f) or Converted (c):** 09/20/06 (f) |
| | **§341(a) Meeting Date:** 11/14/06 |
| **Period Ending:** 01/15/09 | **Claims Bar Date:** 04/26/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT | 385.56 | 385.56 | DA | 0.00 | FA |
| 2 | ACCOUNTS RECEIVABLE | 30,060.00 | 30,060.00 | DA | 0.00 | FA |
| 3 | LAWSUIT V. KINGSTREE TRADING, LLC | 50,000.00 | 50,000.00 | DA | 0.00 | FA |
| 4 | PATENT PENDING SOFTWARE | Unknown | Unknown | DA | 0.00 | FA |
| 5 | OFFICE EQUIPMENT | 620.00 | 620.00 | OA | 0.00 | FA |
| 6 | REFUND OF RETAINER/LEGAL SVC/PATENT  (u) | 1,095.48 | 1,095.48 | | 1,095.48 | FA |
| 7 | REIBURSEMENT OF COSTS  (u) | 600.00 | 600.00 | | 600.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 8.64 | Unknown |
| **8** | **Assets**      **Totals** (Excluding unknown values) | **$82,761.04** | **$82,761.04** | | **$1,704.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

SPECIAL COUNSEL EMPLOYED; INVESTIGATION OF TRANSFERS OF ASSETS TO INSIDERS AND VALUE OF PATENTS PENDING; TURNOVER TO ESTATE
OF RETAINER BY ONE PATENT ATTORNEY; 2004 EXAMINATIONS OF INSIDERS PENDING
FINAL REPORT IS BEING PREPARED

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** | 06B-11874 JS | **Trustee:** (520067)    DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** | CATO TECHNOLOGIES, LLC | **Filed (f) or Converted (c):** 09/20/06 (f) |
| | | **§341(a) Meeting Date:**    11/14/06 |
| **Period Ending:** | 01/15/09 | **Claims Bar Date:**    04/26/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**  April 30, 2008          **Current Projected Date Of Final Report (TFR):**  April 30, 2009

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06B-11874 JS |
| **Case Name:** | CATO TECHNOLOGIES, LLC |
| **Taxpayer ID #:** | 36-4525936 |
| **Period Ending:** | 01/15/09 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****73-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/07 | {6} | LAW OFFICES OF MICHAEL P. MAZZA | RETURN OF EXCESS DEPOSIT OF RETAINER FOR LEGAL SVC/PATENT | 1290-000 | 1,095.48 | | 1,095.48 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.20 | | 1,095.68 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.54 | | 1,096.22 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.58 | | 1,096.80 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.60 | | 1,097.40 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.60 | | 1,098.00 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.56 | | 1,098.56 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.62 | | 1,099.18 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.60 | | 1,099.78 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.54 | | 1,100.32 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.64 | | 1,100.96 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 0.57 | | 1,101.53 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 0.56 | | 1,102.09 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 0.50 | | 1,102.59 |
| 02/11/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #06B-11874, BOND #016026455  - TERM 2/1/08-2/1/09 | 2300-000 | | 0.96 | 1,101.63 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 0.22 | | 1,101.85 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 0.20 | | 1,102.05 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 0.15 | | 1,102.20 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.14 | | 1,102.34 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.14 | | 1,102.48 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.14 | | 1,102.62 |
| | | | **Subtotals :** | | **$1,103.58** | **$0.96** | |

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06B-11874 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| Case Name: | CATO TECHNOLOGIES, LLC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****73-65 - Money Market Account |
| Taxpayer ID #: | 36-4525936 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 01/15/09 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.13 | | 1,102.75 |
| 09/11/08 | 1002 | MCCORKLE COURT REPORTERS, INC. | DEPOSITION OF SCOTT SALDANA | 2990-000 | | 250.00 | 852.75 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.13 | | 852.88 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.09 | | 852.97 |
| 11/11/08 | {7} | WINSON & STAWN LLP | REIMBURSEMEN TO COSTS FOR 2004 EXAM | 1290-000 | 600.00 | | 1,452.97 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.09 | | 1,453.06 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 1,453.16 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,704.12 | 250.96 | $1,453.16 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 1,704.12 | 250.96 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,704.12** | **$250.96** | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06B-11874 JS |
| **Case Name:** | CATO TECHNOLOGIES, LLC |
| **Taxpayer ID #:** | 36-4525936 |
| **Period Ending:** | 01/15/09 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****73-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 1,704.12 |
| Net Estate : | $1,704.12 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****73-65** | **1,704.12** | **250.96** | **1,453.16** |
| **Checking # ***-*****73-66** | **0.00** | **0.00** | **0.00** |
| | **$1,704.12** | **$250.96** | **$1,453.16** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                CHAPTER 7 CASE
CATO TECHNOLOGIES, LLC

                                                     CASE NO. 06B-11874 JS

                                                     JUDGE JOHN SQUIRES

               Debtor(s)

## PROPOSED DISTRIBUTION REPORT

        I, <u>DAVID GROCHOCINSKI, TRUSTEE,</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

        SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 1,453.16 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 1,453.16 |

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 2,457.10 | 59.14% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN2 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 1,995.00 | 1,179.87 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 36.07 | 21.33 |
| 6487.50A | DAVID GROCHOCINSKI, TRUSTEE | 426.03 | 251.96 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $ 10,000.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 002 | STEVEN BRUCATO | 10,000.00 | 0.00 |
| | | TOTAL              $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL              $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL              $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL              $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(7) - Alimony | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL              $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL              $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $    3,070,937.64 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001 | EIGHT HUNDRED CORP CENTER PARTNERSHIP | 57.06 | 0.00 |
| 002 | STEVEN BRUCATO | 12,916.66 | 0.00 |
| 003 | DELL FINANCIAL SERVICES LP | 7,051.26 | 0.00 |
| 004 | DELL FINANCIAL SERVICES LP | 3,400.51 | 0.00 |
| 005 | SKTY TRADING, LLC | 190,012.15 | 0.00 |
| 006 | CHARLES BARWIS | 1,657,500.00 | 0.00 |
| 007 | EDGEWATER TECHNOLOGY CONSULTING, INC. | 1,200,000.00 | 0.00 |
| | | TOTAL          $ | 0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|---|
| Secured | 002 | STEVEN BRUCATO C/O THOMAS G ODDO/CONUNAN & ANDERSON PC 2525 GABOT DRIVE, #300 LISLE, IL  60532- | $ | 25,000.00 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and

correct.

DATED: _____

DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | **Previously Allowed** | **Pending Compensation Applications** | **Fees & Expenses Total** |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & | 0.00 | 1,179.87 | |
| LLOYD, LTD. Fees | | | |
| GROCHOCINSKI , GROCHOCINSKI & | 0.00 | 21.33 | |
| LLOYD, LTD. Expenses | | | |
| | | | 1,201.20 |
| **Accountant for Trustee** | | | |
| | | | 0.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 0.00 | $ 1,201.20 | $ 1,201.20 |

1