**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>CATO TECHNOLOGIES, LLC<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-11874 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: DuPage County Courthouse
   505 N. County Farm Road, Courtroom 4016
   Wheaton, Illinois 60187

   on: **March 13, 2009**
   at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                  $         1,704.12

   b. Disbursements                             $           250.96

   c. Net Cash Available for Distribution       $         1,453.16

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Fees) | 0.00 | $1,995.00 | |

| | | |
|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $36.07 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $426.03 |

5.	Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.	In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,000.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.	Claims of general unsecured creditors totaling $3,070,937.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | EIGHT HUNDRED CORP CENTER PARTNERSHIP | $ 57.06 | $ 0.00 |
| 002 | STEVEN BRUCATO | $ 12,916.66 | $ 0.00 |
| 003 | DELL FINANCIAL SERVICES LP | $ 7,051.26 | $ 0.00 |
| 004 | DELL FINANCIAL SERVICES LP | $ 3,400.51 | $ 0.00 |
| 005 | SKTY TRADING, LLC | $ 190,012.15 | $ 0.00 |
| 006 | CHARLES BARWIS | $ 1,657,500.00 | $ 0.00 |
| 007 | EDGEWATER TECHNOLOGY CONSULTING, INC. | $ 1,200,000.00 | $ 0.00 |

8.	Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.	The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has not been discharged.

11.     The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, checking account, accounts receivable, lawsuit v Kingstree Trading, LLC, patent pending software and office equipment.


Dated:  **February 12, 2009**          For the Court,


                                        By: **KENNETH S. GARDNER**
                                            Kenneth S. Gardner
                                            Clerk of the United States Bankruptcy Court
                                            219 S. Dearborn Street; 7th Floor
                                            Chicago, IL  60604

Trustee:    DAVID GROCHOCINSKI, TRUSTEE
Address:    1900 RAVINIA PLACE
            ORLAND PARK, IL  60462
Phone No.:  (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

IN RE:                                CHAPTER 7 CASE
CATO TECHNOLOGIES, LLC

                                           CASE NO. 06B-11874 JS

                                           JUDGE JOHN SQUIRES
                  Debtor(s)

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $ 426.03 |
| 2. | Trustee's expenses | $ 0.00 |
| | TOTAL | $ 426.03 |
| 3. | Chapter 11 Trustee's compensation | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ 0.00 |
| | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $ 1,995.00 |
| | b. Expenses | $ 36.07 |
| | c. Chapter 11 Compensation | $ 0.00 |
| | d. Chapter 11 Expenses | $ 0.00 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $ 0.00 |
| | b. Expenses | $ 0.00 |
| | c. Chapter 11 compensation | $ 0.00 |
| | d. Chapter 11 Expenses | $ 0.00 |

3. Other Professionals

TOTAL $ 2,031.07

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____ , 200 __ .

ENTERED _____
JOHN SQUIRES
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Feb 12, 2009
Case: 06-11874                 Form ID: pdf002              Total Served: 33


The following entities were served by first class mail on Feb 14, 2009.
db          +Cato Technologies, LLC,    800 W. 5th Ave.,    Suite 204A,    Naperville, IL 60563-4925
aty         +John A Lipinsky,    Coman & Anderson, P.C.,    2525 Cabot Drive,    Suite 300,    Lisle, IL 60532-0916
aty         +Thomas M Ryan,    Law Offices of Thomas M Ryan PC,    70 W Madison Street Suite 2100,
              Chicago, IL 60602-4253
tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,     1900 Ravinia Place,
              Orland Park, IL 60462-3760
10924012    +ADP,    1 ADP Boulevard,    Roseland, NJ 07068-1786
10924013    +AT&T,    Bill Payment Center,    Saginaw, MI 48663-0001
10924014    +Belal Faruki,    c/o James A Coghlan,    15 Salt Creek Ln, Ste. 316,    Hinsdale, IL 60521-2964
10924017    +Blue Cross Blue Shield,    Healthcare Service Corp.,    P.O. Box 1186,    Chicago, IL 60690-1186
10924018    +Charles Barwis,    c/o Golan Christie LLP,    70 W. Madison,    Chicago, IL 60602-4252
10964568    +Charles Barwis and Edgewater Technology,    Consulting Inc,    c/o Yong Gisch Ryan & Lederer,
              Golan & Christie LLP,    70 West Madison #1500,    Chicago IL 60602-4265
10924019    +City of Naperville,    Finance Dept.,    400 S. Eagle St.,    Naperville, IL 60540-5279
10924020     Covad Communications,    Dept. 33408,    P.O. Box 39000,    San Francisco, CA 94139-0001
10924021     Dell Financial Services,    Payment Processing Center,    P.O. Box 5292,
              Carol Stream, IL 60197-5292
10924022    +Dell Financial Services,    Payment Processing Center,    4307 Collection Center Dr.,
              Chicago, IL 60693-0043
11323449     Dell Financial Services LP,    Collections/Consumer Banktuptcy,     12234B North I-35,
              Austin Texas 78753-1705
10924025    +Dell Financial Services, LP,    One Dell Way,    Round Rock, TX 78682-7000
10924032    +Dilling's Cleaning Service,    P.Ol Box 5481,    Aurora, IL 60507-5481
10924033    +Edgewater Technology Consultants,    c/o Golan Christie LLP,    70 W. Madison,
              Chicago, IL 60602-4252
11329465    +Edgewater Technology Consulting, Inc.,    c/o Barbara L. Yong, Esq.,    Golan & Christie LLP,
              70 W. Madison, Ste. 1500,    Chicago, IL 60602-4265
11329464    +Edwater Technology Consulting, Inc.,    c/o Barbara L. Yong, Esq.,    Golan & Christie LLP,
              70 W. Madison, Ste. 1500,    Chicago, IL 60602-4265
10924011    +Eight Hundred Corp Center Partnership,    1805 High Grove Ln.,    Naperville, IL 60540-3986
10924010    +Eight Hundred Corporate Building Partner,    1805 High Grove Lane,    Naperville, IL 60540-3986
10924034    +Hinckley Springs,    P.O. Box 660579,    Dallas, TX 75266-0579
10924035    +JP Morgan Chase Bank NA,    201 E. Main St.,    Lexington, KY 40507-2003
10924036    +Kingstree Trading, LLC,    2103 N. Clifton Ave.,    Chicago, IL 60614-4115
10924038   ++++RICKMON & KOCSIS,    24047 W LOCKPORT ST STE 209,    PLAINFIELD IL  60544-1683,
              Plainfield, IL 60544
             (address filed with court: Rickmon & Kocsis,     530 W. Lockport,    Ste. 208,
              Plainfield, IL 60544)
10924039    +RSM McGladrey,    5155 Paysphere Circle,    Chicago, IL 60674-0051
10924040     SBC Smartpages.com,    P.O. Box 650098,    Dallas, TX 75265-0098
11329251    +SKTY Trading, LLC,    c/o Daniel McGuire,    Winston & Strawn LLP,    35 W. Wacker Drive,
              Chicago, IL 60601-1695
10924041     Steven Brucato,    c/o Thomas G Oddo,    Conunan & Anderson PC,    2525 Gabot Dr #300,
              Lisle IL 60532
10924046    +Technical Options, Inc.,    c/o Edgerton & Edgerton,    125 Wood St., PO Box 218,
              West Chicago, IL 60186-0218
10924047    +The Travelers,    12787 Collection Center Drive.,    Chicago, IL 60693-0127

The following entities were served by electronic transmission on Feb 13, 2009.
10924037    +E-mail/Text: bankrup@nicor.com                              Nicor,    P.O. Box 416,
              Aurora, IL 60568-0001
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10924015*   +Belal Faruki,    c/o James A Coghlan,    15 Salt Creek Ln, Ste. 316,    Hinsdale, IL 60521-2964
10924016*   +Belal Faruki,    c/o James A Coghlan,    15 Salt Creek Ln, Ste. 316,    Hinsdale, IL 60521-2964
10924023*   +Dell Financial Services,    Payment Processing Center,    4307 Collection Center Dr.,
              Chicago, IL 60693-0043
10924024*    Dell Financial Services,    Payment Processing Center,    P.O. Box 5292,
              Carol Stream, IL 60197-5292
10924026*   +Dell Financial Services, LP,    One Dell Way,    Round Rock, TX 78682-7000
10924027*   +Dell Financial Services, LP,    One Dell Way,    Round Rock, TX 78682-7000
10924028*   +Dell Financial Services, LP,    One Dell Way,    Round Rock, TX 78682-7000
10924029*   +Dell Financial Services, LP,    One Dell Way,    Round Rock, TX 78682-7000
10924030*   +Dell Financial Services, LP,    One Dell Way,    Round Rock, TX 78682-7000
10924031*   +Dell Financial Services, LP,    One Dell Way,    Round Rock, TX 78682-7000
                                                                                               TOTALS: 0, * 10

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0752-1          User: amcc7           Page 2 of 2            Date Rcvd: Feb 12, 2009
Case: 06-11874                Form ID: pdf002       Total Served: 33

            ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 14, 2009**           **Signature:**    _Joseph Speetjens_